Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff,
Jose Trujillo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>FAIROU AMERICAN, INC. dba IVANHOE SPEEDY MART, et al.,<br><br>    Defendants. | No. 1:17-cv-00077-AWI-SKO<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER**<br><br>**(Doc. 21)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Jose Trujillo ("Plaintiff"), and Defendants, Fairou American, Inc. dba Ivanhoe Speedy Mart, Rami Khazal, Manila Khazal, and Nadia Aroush (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated June 8, 2017 (Dkt. 20) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile. By stipulating to this amendment, Defendants do not waive any claims or defenses they may have as to the contents of the First Amended Complaint.

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: August 8, 2017          MISSION LAW FIRM, A.P.C.

                               */s/ Zachary M. Best*
                               Zachary M. Best
                               Attorneys for Plaintiff,
                               Jose Trujillo

Dated: August 8, 2017          HOPPE LAW GROUP

                               */s/ Adam Benkoski*
                               Theodore W. Hoppe
                               Adam Benkoski
                               Attorneys for Defendants,
                               Fairou American, Inc. dba Ivanhoe Speedy Mart;
                               Rami Khazal; Manila Khazal and Nadia Aroush

## ORDER

Based on the parties' above-stipulation (Doc. 21) and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within 5 calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within 14 days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated: __**August 15, 2017**__                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE