Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff,
Jose Trujillo

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE TRUJILLO, <br><br> Plaintiff, <br><br> vs. <br><br> FAIROU AMERICAN, INC. dba IVANHOE SPEEDY MART, et al., <br><br> Defendants. | No. 1:17-cv-00077-AWI-SKO <br><br> **REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO FILE DISPOSITIONAL DOCUMENTS; ORDER** <br><br> (Doc. 28) |

WHEREAS, Plaintiff Jose Trujillo ("Plaintiff") and Defendants, Fairou American, Inc. dba Ivanhoe Speedy Mart, Rami Khazal, Manila Khazal, and Nadia Aroush ("Defendants") reached an agreement to settle the matter at a Settlement Conference before Magistrate Judge Grosjean on September 19, 2017 (Dkt. 27);

WHEREAS, the parties were directed to file the appropriate dismissal documents within thirty days of September 19, 2017 (Dkt. 27);

WHEREAS, as a condition precedent to filing a stipulation for dismissal of entire action with prejudice pursuant to the terms of the settlement agreement, the settlement payment was to be received by Plaintiff from Defendants on October 4, 2017; however, such settlement

payment has not yet been received despite repeated reminders from Plaintiff's counsel, and Plaintiff has yet to receive a signed settlement agreement from Defendants;

WHEREAS, Defendants anticipate sending a fully executed settlement agreement and the settlement payment promptly such that it is received by Plaintiff no later than October 27, 2017;

NOW, THEREFORE, Plaintiff hereby respectfully requests that the time within which dispositional documents must be filed be extended to October 27, 2017.

Dated: October 19, 2017                MISSION LAW FIRM, A.P.C.

                                       */s/ Zachary M. Best*
                                       Zachary M. Best
                                       Attorney for Plaintiff,
                                       Jose Trujillo

## **ORDER**

Upon request of Plaintiff (Doc. 28) and good cause appearing,

**IT IS HEREBY ORDERED** that the time within which dispositional documents must be filed be extended to October 27, 2017.

IT IS SO ORDERED.

Dated:   **October 20, 2017**                    /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE