UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FAIROU AMERICAN, INC. dba IVANHOE SPEEDY MART; RAMI KHAZAL; MANILA KHAZAL; NADIA AROUSH,<br><br>　　　　　　Defendants. | No. 1:17-cv-00077- AWI-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 33) |

On October 31, 2017, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 33.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 2, 2017**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE